IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:16-CR-0003-LSC-SGC-1 |
| | ) | |
| ROBERT LELAND GRANT, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION AND ORDER

On February 10, 2016, Defendant Robert Leland Grant, Jr., filed a Motion to Suppress certain evidence. (Doc. 12.) On March 10, 2016, the magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 16.) The defendant filed objections to the report and recommendation (doc. 18), and the United States responded to those objections (doc. 19).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the defendant's objections thereto, and the United States's response, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED, and the defendant's objections are OVERRULED. Consequently, the Motion to Suppress (doc. 12) is hereby DENIED.

Done this 12<u>th</u> day of <u>April 2016</u>.

_____
L. Scott Coogler
United States District Judge

[160704]

2